# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| DIERRA FIELDS,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY OF AKRON, *et al.*,<br><br>        Defendants. | CASE NO. 5:25-CV-00050<br><br>JUDGE BENITA Y. PEARSON<br><br>MAGISTRATE JUDGE AMANDA M. KNAPP<br><br>**MINUTES OF PROCEEDING AND ORDER** |

**Plaintiff's Counsel:**

Imokhai Okolo

**Defendants' Counsel:**

John T. McLandrich

Jacquenette S. Corgan

Kirsten Leigh Smith

Mediation conference held on December 11, 2025. The above listed counsel were present along with Plaintiff Dierra Fields and Law Director Deborah Matz and Chief of Police Brian Harding on behalf of Defendants. The parties reached a settlement. The parties shall file their stipulated dismissal entry with prejudice within thirty days.

Date: December 11, 2025
Total Time: 6 hours

     */s/ Amanda M. Knapp*
     AMANDA M. KNAPP
     UNITED STATES MAGISTRATE

1